UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI-DADE DIVISION
www.flsb.uscourts.gov

In re:

Hector A Dieguez

Case No.  13-16687-AJC

Chapter 7

_____/

### TRUSTEE'S MOTION TO SELL ESTATE'S INTEREST IN REAL PROPERTY VIA PRIVATE SALE PURSUANT TO 11 U.S.C. §363(B), FED R. BANKR. P. 6004(F) AND LOCAL RULE 6004-1(D)

**Pursuant to Fed. R. Bankr. P. 6004 and Rule 6004-1(D), this proposed use, sale or lease will be deemed approved without necessity of hearing or order if no objection to the use, sale or lease is filed within 21 from the date of service of this notice.**

Maria M. Yip (the "Trustee"), the duly appointed and acting Chapter 7 Trustee for the bankruptcy estate of Hector A Dieguez (the "Debtor"), files this Motion (the "Motion") to sell the Debtor's bankruptcy estate's right, title and interest in and to certain real property via private sale to ALR45 LAND TRUST (the "Buyer"), subject to all liens, claims, encumbrances, and interests, pursuant to 11 U.S.C. § 363(b), Fed. R. Bank. P. 6004(f) and Local Rule 6004-1(D), and in support thereof the states as follows:

1. This is a voluntary chapter 7 bankruptcy case.

2. As set forth in the Debtor's bankruptcy schedules, the Debtor is the owner of certain real property commonly known as 433 W 45 Place, Hialeah, FL 33012 (the "Property"). The Debtor does not claim this Property as exempt.

3. Based upon Trustee's review, the Debtor's bankruptcy estate has no equity in the Property. The Trustee had initially planned to abandon the Property; however, the Buyer has agreed to pay the Trustee the sum of $5,050.00 for the benefit of creditors, in

exchange for the Trustee's conveyance of all of the Debtor's bankruptcy estate's right, title and interest in and to the Property. A copy of the Agreement is annexed hereto.

4. Buyer agrees to reimburse the Estate for the costs associated with the service of the Trustee's Motion and Proposed Order to all creditors, not to exceed $100.00.

5. The proposed sale is subject to all existing liens, claims, encumbrances, and interests. The sale is further without representation or warranties and the Property is being taken "AS IS" "WHERE IS" with all faults and conditions.

6. In light of the fact that the Trustee was going to otherwise abandon the Property, this sale is clearly a benefit to the estate.

7. The Trustee is not seeking relief under 11 U.S.C. §§ 363(f), (g) or (h).

8. Based upon the foregoing, the Trustee respectfully request the entry of an Order authorizing her to sell the Estate's right, title and interest in and to the Property pursuant to 11 U.S.C. § 363(b) to Buyer for the sum of $5,050.00

**WHEREFORE**, the Trustee respectfully requests the entry an order, substantially in the form attached hereto, granting the relief requested herein and awarding any additional relief as the Court deems just and appropriate.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing will be served to all parties on the attached service list and was served by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case and via U.S. Mail to the following on May 8, 2013:

Patrick L Cordero, Esq on behalf of Debtor Hector A Dieguez
PCBankruptcyMail@pcorderolaw.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Signed:  /s/ Maria M. Yip, Trustee
Maria M. Yip, Trustee
201 Alhambra Circle, Suite 501
Coral Gables, FL 33134
Telephone: 305-908-1862
Facsimile: 786-800-3903
trustee@yipcpa.com

**AGREEMENT TO PURCHASE ESTATE'S INTEREST IN REAL PROPERTY PURSUANT TO 11 U.S.C. § 363(b) IN CASE STYLED**
*In re Hector A. Dieguez et al.*, Case No. 13-16687 AJC, pending in the
U.S. Bankruptcy Court for the Southern District of Florida, Miami Division ("Bankruptcy Court")

ALRAS LAND TRUST
~~Rock N Roll Property~~, LLC, a Florida limited liability company (the "Buyer"), hereby offers to purchase from **Maria Yip** ("Seller"), the duly appointed and acting Chapter 7 trustee for the bankruptcy estate of Hector A. Dieguez, the following asset on the following terms and conditions:

1. **Asset.** The asset to be acquired pursuant to this offer consists of the Seller's right, title, and interest in and to that certain real property commonly known as 433 W 45 Place, Hialeah, Florida 33012 (the "Asset").

2. **Purchase Price.** Cash in the amount of Five Thousand and Fifty Dollars ($5,050.00) (the "Purchase Price").

3. **Terms.** The sale of the Asset will be "AS IS, WHERE IS" with all faults and conditions, shall contain no representations and warranties from the Seller, and will be subject to all liens, claims, encumbrances, and interests whether known or unknown. Buyer has not relied upon any information or documentation provided by the Seller or any agent of the Seller in entering into this Agreement.

4. **Closing.** Closing will be within 3 business days that the proposed sale herein is authorized pursuant to the terms of Local Rule 6004-1(D). At closing, the Buyer shall pay Seller cash in an amount equal to the Purchase Price. In exchange, Seller will deliver the attached original executed trustee's deed to the Buyer pursuant to the terms set forth above. The Buyer shall be responsible for payment of any and all fees and taxes imposed by any governmental agency arising from or related to the sale of the asset such as, but not limited to, sales taxes, documentary stamps, recording fees and other similar expenses.

5. **Miscellaneous Provisions.** Buyer acknowledges that Seller must file a motion in the Debtor's bankruptcy case pursuant to Local Rule 6004-1(D) before closing the transaction contemplated herein. This Agreement represents the entire agreement of the parties hereto and supersedes all other agreements between the parties, whether oral or in writing, concerning the Asset. This Agreement shall be construed in accordance with the laws of the State of Florida. Jurisdiction over any dispute under this Agreement shall be in the Bankruptcy Court presiding over the Debtor's bankruptcy estate. This Agreement may be executed in separate counterparts and facsimile signatures shall be deemed originals.

~~Rock N Roll Property, LLC~~ ALRAS LAND TRUST

By: _Jean Noe___
Name: _Jean Noctu_
Title: _Director_

Accepted on _May 7, 2013_

_Maria Yip Trust_
Maria Yip, not individually, but solely as
Chapter 7 trustee for the bankruptcy estate
of Hector A. Dieguez

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-1<br>Case 13-16687-AJC<br>Southern District of Florida<br>Miami<br>Wed May  8 13:03:45 EDT 2013 | Am-eagle/GEMB<br>GE Capital Retail bank/Attn: Bky<br>POB 103104<br>Roswell, GA 30076-9104 | Amc Mortgage Services<br>POB 11000<br>Santa Ana, CA 92711-1000 |
| Anne Bates Leach Eye Hospital<br>900 NW 17 St<br>Miami, FL 33136-1119 | Asset Acceptance Llc<br>Pob 1630<br>Warren, MI 48090-1630 | BAC Home Loans<br>POB 961206<br>Ft. Worth, TX 76161-0206 |
| Bank Of America<br>Attn: Rcvy Dept<br>4161 Peidmont Pkwy.<br>Greensboro, NC 27410-8119 | Bca Financial Services<br>18001 Old Cutler Rd Ste<br>Palmetto Bay, FL 33157-6437 | Bk Of Amer<br>Attn: Correspondence Unit/CA6-919-02-41<br>POB 5170<br>Simi Valley, CA 93062-5170 |
| Central Finl Control<br>POB 66051<br>Anaheim, CA 92816-6051 | Chase<br>Bank One Card Serv<br>Elgin, IL 60124 | Child Support/Central Depository<br>370 SE First St, #200<br>Miami, Fl 33131-2002 |
| Countrywide Home Loans<br>450 American St.<br>Simi Valley, CA 93065-6285 | Dennis J Eisinger, Esq<br>Presidential Circle<br>4000 Hollywood Blvd #265 S<br>Hollywood, FL 33021-6782 | Dsnb Macys<br>9111 Duke Blvd<br>Mason, OH 45040-8999 |
| ER Solutions/Convergent Outsourcing, INC<br>POB 9004<br>Renton, WA 98057-9004 | GE Money Bank<br>Attn: Bky Dept<br>POB 103104<br>Roswell, GA 30076-9104 | GECRB/ Old Navy<br>Attn: GEMB<br>POB 103104<br>Roswell, GA 30076-9104 |
| Gecrb/brandsmart<br>POB 965036<br>Orlando, FL 32896-5036 | Gecrb/gap<br>POB 965005<br>Orlando, FL 32896-5005 | Green Tree Servicing<br>Central Recovery Dept<br>7360 S Kyrene Rd<br>Tempe, AZ 85283-8432 |
| Hialeah Hospital<br>777 E 25 St<br>Hialeah, FL 33013-3825 | Honorable Eric Holder<br>Attorney General of the United States<br>Dept of Justice #4400<br>950 Pennsylvania Ave NW<br>Washington, DC 20530-0009 | Honorable Jeffrey H. Sloman<br>United States Attorney<br>99 NE 4 St<br>Miami, Fl 33132-2145 |
| Indymac Bank/Onewest bank<br>Attn:Bankruptcy<br>2900 Esperanza Crossing<br>Austin, TX 78758-3658 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Jacqueline A Salcines, Esq<br>706 S Dixie Highway 2nd Floor<br>Coral Gables, FL 33146-2601 |
| Kenia Gonzalez<br>1922 W 62 St #109<br>Hialeah, FL 33014 | Lakebelle Condominium No. Three Inc<br>5815-5883 W 28 Ave<br>Hialeah, FL 33016-1980 | Law Offices of Marshall C. Watson, PA<br>1800 NW 49 St. #120<br>Ft. Lauderdale, FL 33309-3092 |

| | | |
|---|---|---|
| Luz Marina<br>5835 W 28 Ave<br>Hialeah, FL 33016-1980 | Miami Dade Tax Collector<br>140 W. Flagler St<br>Miami, FL 33130-1575 | Midland Funding<br>8875 Aero Dr Ste 200<br>San Diego, CA 92123-2255 |
| Netbank Inc<br>POB 60<br>St Cloud, MN 56302-0060 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | Onewest Bank<br>6900 Beatrice Dr<br>Kalamazoo, MI 49009-9559 |
| Onewest Bank<br>Attn: Bky<br>POB 4045<br>Kalamazoo, MI 49003-4045 | (p)RESURGENT CAPITAL SERVICES<br>PO BOX 2568<br>GREENVILLE SC 29602-2568 | Paralegal Finance & Collections, inc<br>c/o Jose G Aguila<br>8231 NW 8 St #310<br>Miami, FL 33126-3942 |
| Shapiro & Fishman, LLP<br>2424 North Federal Hwy, #360<br>Boca Raton, FL 33431-7701 | Smith, Hiatt & Diaz, PA<br>POB 11438<br>Ft. Lauderdale, Fl 33339-1438 | Special Assistant United States Attorney<br>c/o Internal Revenue Serv. Area Counsel<br>Claude Pepper Federal Bldg.<br>51 SW 1 Ave # 1114<br>Miami, Fl 33130-1623 |
| Special Asst US Attorney<br>c/o IRS Area Counsel<br>1000 S Pine Island Rd #300<br>Plantation, Fl 33324-3910 | Sprint<br>KSOPHT0101-Z4300<br>6391 Sprint Pkwy<br>Overland Park, KS 66251-4300 | Victoria's Secret<br>Attn: Bky<br>POB 182125<br>Columbus, OH 43218-2125 |
| (p)WACHOVIA BANK NA<br>MAC X2303-01A<br>1 HOME CAMPUS<br>1ST FLOOR<br>DES MOINES IA 50328-0001 | Wells Fargo<br>4137 121 St<br>Urbandale, IA 50323-2310 | Wf Card/wb<br>Credit Bureau Disp<br>Des Moines, IA 50306 |
| Hector A Dieguez<br>433 W 45 Pl<br>Hialeah, FL 33012-3860 | Maria Yip<br>201 Alhambra Cir # 501<br>Coral Gables, FL 33134-5105 | Patrick L Cordero Esq<br>198 NW 37 Ave<br>Miami, FL 33125-4826 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Internal Revenue Serv<br>Compliance Serv Insolvency<br>STOP 5730<br>7850 SW 6 Ct<br>Plantation, Fl 33324 | (d)Internal Revenue Service<br>POB 21126<br>Philadelphia, PA 19114-0326 | Palmetto General Hospital<br>2001 W 68 St.<br>Hialeah, FL 33016 |
| Wachovia<br>Attn: Bky Dept<br>POB 13765<br>Roanoke, VA 24038-3765 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Miami

End of Label Matrix
Mailable recipients    50
Bypassed recipients     1
Total                  51

PROPOSED ORDER

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI-DADE DIVISION
www.flsb.uscourts.gov

In Re:                                                                 Case No. 13-16687-AJC

Hector A Dieguez                                Chapter 7 Proceeding
AKA Hector Dieguez, Hector H Dieguez

_____Debtor(s)_____    /

**ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION TO SELL
ESTATE'S INTEREST IN REAL PROPERTY VIA PRIVATE SALE
PURSUANT TO
11 U.S.C. § 363(B), FED R. BANKR. P. 6004(F) AND LOCAL RULE 6004-1(D)**

THIS CAUSE came before the Court upon consideration of the *Motion to Sell Estate's Interest in Real Property Via Private Sale Pursuant to 11 U.S.C. Motion to Sell Estate's Interest in Real Property Via Private Sale Pursuant to 11 U.S.C. §363(B), Fed. R. Bankr. P. 6004(F), and Local Rule 6004-1(D)* ("Motion") filed by Maria Yip ("Trustee"), the duly appointed and acting Chapter 7 Trustee for the bankruptcy estate of Hector A Dieguez ("Debtor"). The Court, noting that the Motion was served on all creditors and parties in interest,

that no objection was filed to the Motion, and finds that the relief sough in the Motion is reasonable and in the best interest of the creditors and the Debtor's bankruptcy estate, and being otherwise fully advised in the premises, hereby, **ORDERED AND ADJUDGED** as follows:

1. The Motion is **GRANTED**.

2. The Trustee is authorized to take any and all actions and execute any and all documents necessary to effectuate the sale of 433 W 45 Place, Hialeah, FL 33012 to ALR45 LAND TRUST pursuant to the terms of the Agreement to Purchase Estate's Interest in Real Property Pursuant to 11 U.S.C. § 363(b).

3. The Court retains jurisdiction to modify, interpret or enforce the terms of the Agreement.

###

**Submitted by:**
Maria M. Yip, Trustee
201 Alhambra Circle, Suite 501
Coral Gables, FL 33134
Telephone: 305-908-1862
Facsimile: 786-800-3903
trustee@yipcpa.com

**Copies Furnished to:**
Maria M. Yip, Trustee
*Trustee Yip is directed to serve copies of this Order upon all parties in interest upon receipt thereof, and to file a Certificate of Service with the Court confirming such service.*