| | |
|---|---|
| Maria M. Yip, Trustee | Judge: |
| Maria M. Yip, Trustee | Hearing Location: |
| 201 Alhambra Circle, Suite 501 | Hearing Date: |
| Coral Gables, FL  33134 | Hearing Time: |
| 305 908-1862 | Response Date: |

DATE RECEIVED: May 08, 2013          TIME RECEIVED: 01:33PM          TOTAL SERVED: 49

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA

IN RE:    Hector A. Dieguez                    CASE NO: 13-16687-AJC

CERTIFICATE OF SERVICE

Chapter: 7

ECF Docket Reference No:

On Thursday, May 09, 2013, a copy of the following documents, described below,

**Trustee's Motion to Sell Estate's Interest in Real Property via Private Sale Pursuant to 11 U.S.C. §363, Fed. R. Bankr. P. 6004(F) and Local Rule 6004-1(D)**

were deposited for delivery by the United States Postal Service, via first class United States Mail, postage prepaid, first class, with sufficient postage thereon to the parties listed on the mailing list attached hereto and incorporated as though fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: May 9, 2013

/s/ Cody Rush
Cody Rush
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Maria M. Yip, Trustee
201 Alhambra Circle, Suite 501
Coral Gables, FL  33134
305 908-1862

**Note:** The addresses on the attached mailing list were processed through the USPS Zip+4 validation database as well as the USPS National Change of Address Database (NCOA-link) in accordance with the USPS Domestic Mail Manual Rules.  The delivery point zip code and carrier routing were imprinted on the mailpiece with an Intelligent Mail Barcode for faster and more reliable delivery.

*Certificate of Service*

Label Matrix for local noticing
113C-1
Case 13-16687-AJC
Southern District of Florida
Miami
Thu May  9 08:34:37 EDT 2013

Am-eagle/GEMB
GE Capital Retail bank/Attn: Bky
POB 103104
Roswell, GA 30076-9104

Amc Mortgage Services
POB 11000
Santa Ana, CA 92711-1000

Anne Bates Leach Eye Hospital
900 NW 17 St
Miami, FL 33136-1119

Asset Acceptance Llc
Pob 1630
Warren, MI 48090-1630

BAC Home Loans
POB 961206
Ft. Worth, TX 76161-0206

Bank Of America
Attn: Rcvy Dept
4161 Peidmont Pkwy.
Greensboro, NC 27410-8119

Bca Financial Services
18001 Old Cutler Rd Ste
Palmetto Bay, FL 33157-6437

Bk Of Amer
Attn: Correspondence Unit/CA6-919-02-41
POB 5170
Simi Valley, CA 93062-5170

Central Finl Control
POB 66051
Anaheim, CA 92816-6051

Chase
Bank One Card Serv
Elgin, IL 60124

Child Support/Central Depository
370 SE First St, #200
Miami, Fl 33131-2002

Countrywide Home Loans
450 American St.
Simi Valley, CA 93065-6285

Dennis J Eisinger, Esq
Presidential Circle
4000 Hollywood Blvd #265 S
Hollywood, FL 33021-6782

Dsnb Macys
9111 Duke Blvd
Mason, OH 45040-8999

ER Solutions/Convergent Outsourcing, INC
POB 9004
Renton, WA 98057-9004

GE Money Bank
Attn: Bky Dept
POB 103104
Roswell, GA 30076-9104

GECRB/ Old Navy
Attn: GEMB
POB 103104
Roswell, GA 30076-9104

Gecrb/brandsmart
POB 965036
Orlando, FL 32896-5036

Gecrb/gap
POB 965005
Orlando, FL 32896-5005

Green Tree Servicing
Central Recovery Dept
7360 S Kyrene Rd
Tempe, AZ 85283-8432

Hialeah Hospital
777 E 25 St
Hialeah, FL 33013-3825

Honorable Eric Holder
Attorney General of the United States
Dept of Justice #4400
950 Pennsylvania Ave NW
Washington, DC 20530-0009

Honorable Jeffrey H. Sloman
United States Attorney
99 NE 4 St
Miami, Fl 33132-2145

Indymac Bank/Onewest bank
Attn:Bankruptcy
2900 Esperanza Crossing
Austin, TX 78758-3658

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Jacqueline A Salcines, Esq
706 S Dixie Highway 2nd Floor
Coral Gables, FL 33146-2601

Kenia Gonzalez
1922 W 62 St #109
Hialeah, FL 33014

Lakebelle Condominium No. Three
Inc
5815-5883 W 28 Ave
Hialeah, FL 33016-1980

Law Offices of Marshall C. Watson, PA
1800 NW 49 St. #120
Ft. Lauderdale, FL 33309-3092

Luz Marina
5835 W 28 Ave
Hialeah, FL 33016-1980

Miami Dade Tax Collector
140 W. Flagler St
Miami, FL 33130-1575

Midland Funding
8875 Aero Dr Ste 200
San Diego, CA 92123-2255

Netbank Inc
POB 60
St Cloud, MN 56302-0060

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614

Onewest Bank
6900 Beatrice Dr
Kalamazoo, MI 49009-9559

Onewest Bank
Attn: Bky
POB 4045
Kalamazoo, MI 49003-4045

(p)RESURGENT CAPITAL SERVICES
PO BOX 2568
GREENVILLE SC 29602-2568

Paralegal Finance & Collections, inc
c/o Jose G Aguila
8231 NW 8 St #310
Miami, FL 33126-3942

Shapiro & Fishman, LLP
2424 North Federal Hwy, #360
Boca Raton, FL 33431-7701

Smith, Hiatt & Diaz, PA
POB 11438
Ft. Lauderdale, Fl 33339-1438

Special Assistant United States Attorney
c/o Internal Revenue Serv. Area Counsel
Claude Pepper Federal Bldg.
51 SW 1 Ave # 1114
Miami, Fl 33130-1623

Special Asst US Attorney
c/o IRS Area Counsel
1000 S Pine Island Rd #300
Plantation, Fl 33324-3910

Sprint
KSOPHT0101-Z4300
6391 Sprint Pkwy
Overland Park, KS 66251-4300

Victoria's Secret
Attn: Bky
POB 182125
Columbus, OH 43218-2125

(p)WACHOVIA BANK NA
MAC X2303-01A
1 HOME CAMPUS
1ST FLOOR
DES MOINES IA 50328-0001

Wells Fargo
4137 121 St
Urbandale, IA 50323-2310

Wf Card/wb
Credit Bureau Disp
Des Moines, IA 50306

Hector A Dieguez
433 W 45 PL
Hialeah, FL 33012-3860

Maria Yip
201 Alhambra Cir # 501
Coral Gables, FL 33134-5105

Patrick L Cordero Esq
198 NW 37 Ave
Miami, FL 33125-4826

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Serv
Compliance Serv Insolvency
STOP 5730
7850 SW 6 Ct
Plantation, Fl 33324

(d)Internal Revenue Service
POB 21126
Philadelphia, PA 19114-0326

Palmetto General Hospital
2001 W 68 St.
Hialeah, FL 33016

Wachovia
Attn: Bky Dept
POB 13765
Roanoke, VA 24038-3765

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Miami

End of Label Matrix
Mailable recipients    50
Bypassed recipients     1
Total                  51