

**ORDERED in the Southern District of Florida on June 7, 2013.**

*A. Jay Cristol* (signature)

A. Jay Cristol, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI-DADE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In Re: | Case No. 13-16687-AJC |
| Hector A Dieguez<br>AKA Hector Dieguez, Hector H Dieguez | Chapter 7 Proceeding |
|        Debtor(s)          / | |

**ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION TO SELL
ESTATE'S INTEREST IN REAL PROPERTY VIA PRIVATE SALE
PURSUANT TO
11 U.S.C. § 363(B), FED R. BANKR. P. 6004(F) AND LOCAL RULE 6004-1(D)**

THIS CAUSE came before the Court upon consideration of the *Motion to Sell Estate's Interest in Real Property Via Private Sale Pursuant to 11 U.S.C. Motion to Sell Estate's Interest in Real Property Via Private Sale Pursuant to 11 U.S.C. §363(B), Fed. R. Bankr. P. 6004(F), and Local Rule 6004-1(D)* ("Motion") filed by Maria Yip ("Trustee"), the duly appointed and acting Chapter 7 Trustee for the bankruptcy estate of Hector A Dieguez ("Debtor"). The Court, noting that the Motion was served on all creditors and parties in interest,

that no objection was filed to the Motion, and finds that the relief sough in the Motion is reasonable and in the best interest of the creditors and the Debtor's bankruptcy estate, and being otherwise fully advised in the premises, hereby, **ORDERED AND ADJUDGED** as follows:

1. The Motion is **GRANTED**.

2. The Trustee is authorized to take any and all actions and execute any and all documents necessary to effectuate the sale of 433 W 45 Place, Hialeah, FL 33012 to ALR45 LAND TRUST pursuant to the terms of the Agreement to Purchase Estate's Interest in Real Property Pursuant to 11 U.S.C. § 363(b).

3. The Court retains jurisdiction to modify, interpret or enforce the terms of the Agreement.

###

**Submitted by:**
Maria M. Yip, Trustee
201 Alhambra Circle, Suite 501
Coral Gables, FL 33134
Telephone: 305-908-1862
Facsimile: 786-800-3903
trustee@yipcpa.com

**Copies Furnished to:**
Maria M. Yip, Trustee
*Trustee Yip is directed to serve copies of this Order upon all parties in interest upon receipt thereof, and to file a Certificate of Service with the Court confirming such service.*