UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA – MIAMI DIVISION

IN RE:  Case No.: 13-16687-AJC
Chapter 7

HECTOR DIEGUEZ,
      Debtor.
_____/

## NOTICE OF APPEARANCE
*(433 W 45TH PLACE, HIALEAH, FL 33012)*

**PLEASE TAKE NOTICE** that the undersigned hereby enters an appearance as counsel for OCWEN LOAN SERVICING, LLC, a secured creditor of the above named Debtor.

The Clerk of the Court is requested to add the name and address of the undersigned to the matrix of creditors prepared in connection with the case.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1 (A).

**I HEREBY CERTIFY** that a true and correct copy of the Notice of Appearance was delivered to the addresses on the attached mailing list by First Class U.S. mail postage pre-paid, and/or by Electronic Filing on this 20th day of February, 2014.

    Respectfully Submitted,

    Robertson, Anschutz & Schneid, P.L.
    Attorney for Movant
    6409 Congress Avenue, Suite 100
    Boca Raton, FL 33487
    Phone: (561) 241-6901 Ext. 1091
    Fax: (561) 241-9181

    /s/ Anila S. Rasul
    Anila S. Rasul, Esquire
    FBN: 36378

14-30188

**Mailing List**

Hector A Dieguez
433 W 45 PL
Hialeah, FL 33012

Patrick L Cordero, Esq
198 NW 37 Ave
Miami, FL 33125

Maria Yip
2 S. Biscayne Blvd #2690
Miami, FL 33131

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130

14-30188