**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

IN RE:

               CASE NUMBER: 13-17580-LMI
               CHAPTER 7

**Michael Francis Lettau**
 Debtor,

**Michele Costello-Lettau**
 Joint Debtor,

_____/

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on December 3, 2013, I electronically served a true copy of the Order Granting Relief from the Automatic Stay, Document No. 45, with the Clerk of Court by using the CM/ECF system. I also certifiy that the foregoing was served on this day by either United States Mail or Electronic Mail through the CM/ECF system to the parties listed below:

Michael Francis Lettau
433 Les Rohde Drive
Ramrod Key, FL  33042

Michele Costello-Lettau
433 Les Rohde Drive
Ramrod Key, FL  33042

              ELIZABETH R. WELLBORN, P.A.
              Attorney for Secured Creditor
              350 Jim Moran Blvd. Suite 100
              Deerfield Beach, Florida 33442
              Tel: (954) 354-3544
              Fax: (954) 354-3545
              Email: tforeman@erwlaw.com

              By: /s/ Taji S. Foreman
              Taji S. Foreman, Esquire
              Florida Bar Number 0058606

Matter  No.