UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI-DADE DIVISION
www.flsb.uscourts.gov

In re:

Michael Francis Lettau
Michele Costello-Lettau

Case No.   13-17580-LMI

Chapter 7

_____/

## AMEDNED[1] CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that true and correct copy of Notice of Hearing of Trustee's Motion to Enforce (Re: 28 Motion for Sale of Property, 36 Order on Motion for Sale of Property) (ECF No. 53), was furnished on April 30, 2014, to the parties registered to receive electronic notices/service for this case, and via U.S. Mail to the following:

Taji S Foreman, Esq. on behalf of Creditor Green Tree Servicing, LLC
tforeman@erwlaw.com , jbuchanan@kahaneandassociates.com;  ixarias@kahaneandassociates.com;
lbetancourt@kahaneandassociates.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Rex E Russo, Esq on behalf of Debtors Michael Francis Lettau and Michele Costello-Lettau
rexlawyer@prodigy.net

Brian Hall on behalf of Buyer Alrrohde Land Trust
brianwinn111@gmail.com

Jean Norton on behalf of Buyer Alrrohde Land Trust
jean@jeannorton.com

| | |
|---|---|
| Alrrohde Land Trust<br>8127 Mesa Ave, Suite B-206 & 204<br>Austin, TX 78759 | ALR Rohde Land Trust Via Rock N Rol<br>8127 Mesa Ave, Suite B-206 & 204<br>Austin, TX 78759 |

A&S Property Investment Group, LLC
10624 S. Eastern Ave, Suite A376
Henderson, NV 89052-2983

                                    Signed:   __/s/ Maria M. Yip, Trustee_____
                                                  Maria M. Yip, Trustee
                                                  One Biscayne Tower
                                                  2 S. Biscayne Blvd, Suite 2690
                                                  Miami, FL 33131
                                                  Telephone:  305-908-1862
                                                  Facsimile:   786-800-3903
                                                  trustee@yipcpa.com

---

[1] The Certificate of service has been amended to include the A&S Property Investment Group, LLC's address.